UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY WILSON,

    Petitioner,

                              CASE NO. 2:09-CV-12939
v.                          HONORABLE PATRICK J. DUGGAN

HUGH WOLFENBARGER,

    Respondent.
_____/

## **JUDGMENT**

Petitioner Terry Wilson has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE.**

DATE: March 22, 2010                      s/PATRICK J. DUGGAN
                                                       UNITED STATES DISTRICT JUDGE

Copies to:
Terry Wilson, #137914
c/o Pontiac Parole Office
Jason Furst, Carolynn Wilson
1025 N. Perry St.
Pontiac, MI 48340

Laura A. Cook, Esq.